IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA RUYBAL,

      Plaintiff,

v.                                                                                  CIV 07-1060 KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

# FINAL ORDER

Pursuant to the order entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, affirming the decision of the Commissioner and dismissing this action with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE
Presiding by consent.